# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BRANDON SCROGGIN                                                                  PLAINTIFF(S)

VS.                                    Case No. 4:16CV00074  SWW

SEAS & ASSOCIATES LLC, ET AL                                          DEFENDANT(S)

### ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 10th day of February 2016.

>                                  AT THE DIRECTION OF THE COURT
>                                  JAMES W. McCORMACK, CLERK
>
>                                  BY: /s/ Cecilia Norwood
>                                      Courtroom Deputy to
>                                      U.S. District Judge Susan Webber Wright