IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON SCROGGIN**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 4:16-cv-00074 KGB**

**SEAS & ASSOCIATES, LLC**
**and KENDRA MADDEN, Individually**                                              **DEFENDANTS**

## ORDER

Before the Court is plaintiff Brandon Scroggin's stipulation to dismiss (Dkt. No. 13). Mr. Scroggin represents that the parties stipulate to the dismissal with prejudice of all claims in this matter pursuant to a settlement agreement. Mr. Scroggin requests that the Court dismiss his claims with prejudice, with all parties to bear their own attorneys' fees and costs. Therefore, this case is hereby dismissed with prejudice.

So ordered this 13th day of September, 2016.

_____
Kristine G. Baker
United States District Judge